PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Altaf Dandia** | ) | **Case No. 14-cr-00169-PAB** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Altaf Dandia, have discussed with Christopher Lonis, Pretrial Services Officer, modification of my release as follows:

That all bond conditions ordered in the Northern District of Illinois be included in the bond conditions ordered in the District of Colorado; specifically the following:

1) Surrender any passport to pretrial services, as directed, and

2) Undergo medical or psychiatric treatment, as directed by pretrial.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | |
|---|---|---|
| _(signature)_ | 08/21/14 | _(signature)_ | 08/21/14 |
| Altaf Dandia | Date | Christopher Lomis | Date |
| Signature of Defendant | | Pretrial Services Officer | |

The Assistant United States Attorney, Jaime Pena, and defense counsel, Richard Dvorak, were contacted and advised of the above noted modifications. They have no objections to the two modifications.

[X]  The above modification of conditions of release is ordered, to be effective on
Sept. 4, 2014 .

[ ]  The above modification of conditions of release is not ordered.

_(signature)_ Boyd Boland              Sept. 4, 2014
Boyd Boland                           Date
Magistrate Judge