# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 19, 2015 |
| Court Reporter: Janet Coppock | Time: 43 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 14-CR-00169-PAB-7**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jaime Pena |
| Plaintiff, | |
| vs. | |
| **7. ALTAF HUSSAIN DANDIA,** | Richard Dvorak |
| Defendant. | |

## SENTENCING

**2:33 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00169-PAB-7
February 19, 2015

Argument by Mr. Pena in support of the Government'S 5K1.1 Motion for Downward Departure Based on Substantial Assistance; and Government's Motion for a Variant Sentence.  Questions by the Court.

Mr. Dvorak addresses sentencing.

Mr. Pena addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Government'S 5K1.1 Motion for Downward Departure Based on Substantial Assistance; and Government's Motion for a Variant Sentence  [Docket No. 494], is **GRANTED.**

Defendant entered his plea on **October 10, 2014** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **5** years.

**ORDERED:  Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are **WAIVED** because the presentence report indicates a low risk of future substance abuse by the defendant.

Page Three
14-CR-00169-PAB-7
February 19, 2015

**ORDERED:** **Special Conditions** of Probation are that:
- (**X**) The defendant shall not work or engage in any activities involving the use, production, or distribution of synthetic marijuana.
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 495], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**3:16 p.m.    COURT IN RECESS**

**Total in court time:    43 minutes**

**Hearing concluded**